APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Gerard Travers, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| Fedex Corporation | : | NO. 2:19-cv-06106-MAK |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>R. Joseph Barton</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-06106-MAK

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, ___R. Joseph Barton___ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 03/08/2002 | 476510 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| California | 01/17/2001 | 212340 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See attached list | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for ___Gerard Travers, et al.___

(Applicant's Signature)

01-08-2020
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Block & Leviton, LLP

1735 20th Street, NW, Washinton, DC 20009

(202) 734-7046

Sworn and subscribed before me this

8 Day of January 20 20

Notary Public

EMMA MINGZHEN SIEGEL
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2024

10/04

# R. Joseph Barton

**US Court of Appeals – 1st Circuit**
Admitted: 11/19/2018

**US Court of Appeals – 2d Circuit**
Admitted: 9/15/2015

**US Court of Appeals – 3d Circuit**
Admitted: 07/18/2019

**US Court of Appeals – 4th Circuit**
Admitted: 6/06/2016

**US Court of Appeals – 5th Circuit**
Admitted: 11/15/2006

**US Court of Appeals – 7th Circuit**
Admitted: 10/24/2014

**US Court of Appeals – 8th Circuit**
Admitted: 5/21/2010

**US Court of Appeals – 9th Circuit**
Admitted: 5/17/2013

**US Court of Appeals – 10th Circuit**
Admitted: 11/24/2006

**US Court of Appeals – 11th Circuit**
Admitted: 6/16/2003

**State Bar of California**
Bar Number: 212340
Admitted: 1/17/2001

**Southern District of California**
Admitted: 2/21/2002

**DC Bar**
Bar Number: 476510
Admitted: 03/08/2002

**District Court of the District of Columbia**

Admitted: 5/6/2002

**Central District of California**
Admitted: 5/21/2002

**Eastern District of Wisconsin**
Admitted: 9/9/2002

**District of Maryland**
Bar Number: 15665
Admitted: 3/17/2003

**Northern District of Texas**
Admitted: 5/2/2003

**Northern District of California**
Admitted: 12/28/2004

**District of Colorado**
Admitted: 5/2/2005

**Eastern District of California**
Admitted: 1/3/2007

**Western District of Texas**
Admitted: 1/29/2007

**Western District of Wisconsin**
Admitted: 4/20/2009

**District of North Dakota**
Admitted: 4/27/2009

**Northern District of Illinois**
Admitted: 7/9/2009

**District of Nebraska**
Admitted: 8/26/2010

**Eastern District of Michigan**
Admitted: 5/3/2013

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __R. Joseph Barton__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Adam H. Garner | [signature] | 11/09/2016 | 320476 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

The Garner Firm, Ltd.

1515 Market Street, Suite 1200, Philadelphia, PA 19102

(215) 645-5955

Sworn and subscribed before me this

9th Day of Jan., 2020

_Robin Minnick_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
ROBIN MINNICK, Notary Public
Philadelphia County
My Commission Expires July 14, 2023
Commission Number 1291939

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gerard Travers, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Fedex Corporation | : | |
| | : | NO. 2:19-cv-06106-MAK |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____R. Joseph Barton_____ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Via the Court's CM/ECF System

_____
Signature of Attorney

Adam H. Garner
Name of Attorney

Plaintiff
Name of Moving Party

1/9/2020
Date