APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gerard Travers, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Fedex Corporation | : | NO. 2:19-cv-06106-MAK |

## ORDER

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of <u>Peter Romer-Friedman</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-06106-MAK

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Peter Romer-Friedman__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 03/05/2010 | 993376 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 01/01/2008 | 4525580 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| D.D.C. | 04/12/2010 | 993376 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| New York - EDNY | 04/01/2013 | 4525580 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| New York - SDNY | 04/01/2013 | **4525580** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

*See Addendum A*

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*  __Gerard Travers, et al.__

_____
(Applicant's Signature)

01/06/2020
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Outten & Golden, LLP

601 Massachusetts Avenue NW, Suite 200W, Washington, D.C. 20001

(202) 847-4400

Sworn and subscribed before me this

6th Day of January, 2020

_____
Notary Public

CHRISTOPHER TRUONG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01TR6359499
COMM. EXP. 5/30/2021

10/04

## Addendum A

| Court where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| Illinois – N. D. Ill | 10/23/2013 | N/A |
| Colorado – D. Colo. | 06/13/2012 | N/A |
| U.S. Supreme Ct. | 03/27/2017 | 301253 |
| 6th Circuit | 04/01/2016 | N/A |
| 7th Circuit | 08/09/2019 | N/A |
| 9th Circuit | 12/09/2014 | N/A |
| Federal Circuit | 09/26/2016 | N/A |
| D.C. Circuit | 01/15/2015 | N/A |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Peter Romer-Friedman____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Adam H. Garner | [signature] | 11/09/2016 | 320476 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

The Garner Firm, Ltd.

1515 Market Street, Suite 1200, Philadelphia, PA 19102

(215) 645-5955

Sworn and subscribed before me this

9th Day of Jan, 2020

[signature: Robin Minnick]
Notary Public

Commonwealth of Pennsylvania - Notary Seal
ROBIN MINNICK, Notary Public
Philadelphia County
My Commission Expires July 14, 2023
Commission Number 1291939

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gerard Travers, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Fedex Corporation | : | |
| | : | NO. 2:19-cv-06106-MAK |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Peter Romer-Friedman

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

Via the Court's CM/ECF System

_____
Signature of Attorney

Adam H. Garner
Name of Attorney

Plaintiff Gerard Travers
Name of Moving Party

1/9/2020
Date