APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD TRAVERS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FEDEX CORPORATION | : | NO. 2:19-cv-06106-MAK |

ORDER

AND NOW, this _____ Day of _____, 2020, it is hereby

ORDERED that the application of  M. Tristan Morales , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# <u>2:19-cv-06106-MAK</u>

***APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I.   APPLICANT'S STATEMENT

I, M. Tristan Morales, the undersigned, am an attorney who is not currently admitted to either the bar of this court of the bar or the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am paying the $40.00 admission fee by credit card.

*A.   I state that I am currently admitted to practice in the following state jurisdictions:*

| <u>California</u> | <u>12/02/2011</u> | <u>278498</u> |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

| <u>Washington, D.C.</u> | <u>12/10/2012</u> | <u>1011373</u> |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

*B.   I state that I am currently admitted to practice in the following federal jurisdictions:*

| <u>2nd Cir Court of Appeals</u> | <u>11/30/2015</u> | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

| <u>11th Cir Court of Appeals</u> | <u>02/20/2020</u> | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

*C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*D.   I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.*

*E.   I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of this matter for which pro hac vice admission is sought.*

*F.   I will in good faith continue to advise counsel who moved for the pro hac vice admission of the current status of the case for which pro hac vice status has been granted and of all material developments in this case.*

*I am entering my appearance for:*   **FedEx Corporation**

_____
**(Applicant's Signature)**

<u>2-26-20</u>
(Date)

APPLICANT'S FIRM NAME/ADDRESS/TELEPHONE NUMBER:

O'Melveny & Myers LLP
1625 Eye Street NW, Washington, DC 20006
(202) 383-5300

Sworn and subscribed before me this
26th Day of February, 2020

*Adrienne R. Rodgers*
Notary Public



ADRIENNE R. RODGERS
Notary Public of District of Columbia
My Commission Expires April 14, 2021

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of M. Tristan Morales to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.

I have previously entered my appearance in this matter and I am in good standing before this court. I confirm my continuing obligations under Section I. K. of the Policies and Procedures of The Honorable Mark A. Kearney. M. Tristan Morales is an attorney with O'Melveny & Myers LLP and FedEx Corporation seeks to have him represent it because he has experience in USERRA class actions.

Counsel for FedEx Corporation has confirmed that Plaintiff does not oppose this motion.

I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Melissa McCoy Gormly | | 12/17/2018 | 93663 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Bar No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road,
Building B, 3rd Floor
Memphis, TN  38125
Telephone: (901) 434-6008

SWORN TO AND SUBSCRIBED before me this 26 day of February, 2020.

Donna K. Moore
Notary Public

My Commission Expires:

3/13/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD TRAVERS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FEDEX CORPORATION | : | |
| | : | NO.  2:19-cv-06106-MAK |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____M. Tristan Morales_____ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Via the Court's CM/ECF System

_____
Signature of Attorney

Melissa McCoy Gormly
Name of Attorney

FedEx Corporation
Name of Moving Party

02/26/2020
Date