IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERARD TRAVERS, on behalf of himself
and all others similarly situated,

                      Plaintiff,

-vs.-                                    Case No. 19-cv-6106-MAK

FEDEX CORPORATION,

                      Defendant

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE
OF PETER ROMER-FRIEDMAN, ESQUIRE**

      Plaintiff Gerard Travers, through his undersigned counsel, hereby moves for the admission of Peter Romer-Friedman, Esquire as counsel for the Plaintiff in this matter ("Plaintiff's Motion"). In support of Plaintiff's Motion, Plaintiff states as follows:

      1.      Undersigned counsel, who will serve as Local Counsel, is admitted to practice and is in good standing before this Court.

      2.      Undersigned counsel's appearance has been entered in this case and I confirm my continuing obligations under Section I. (K) of the Court's Policies and Procedures.

      3.      Good cause exists for Plaintiff to have the skilled and experienced counsel of his choosing represent him in this matter applying an issue of federal law in his home jurisdiction.

      4.      Undersigned counsel has been advised by counsel for Defendant, Melissa McCoy Gormly, Esquire, that Defendant does not oppose Plaintiff's Motion.

In further support of Plaintiff's Motion, Plaintiff refers to and relies upon the attached Memorandum of Law in support, which is incorporated by reference herein.

WHEREFORE, Plaintiff respectfully requests that his Motion be granted and that Peter Romer-Friedman, Esquire be admitted to practice before this Court *pro hac vice* as counsel for Plaintiff in this matter.

Respectfully submitted,

/s/ Adam H. Garner
Adam Harrison Garner (Bar I.D. 320476)
The Garner Firm, Ltd.
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 645-5955
Fax: (215) 645-5960
adam@garnerltd.com

*Attorney for Plaintiff*


## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have sought the position of Defendant regarding the foregoing Motion and have been advised by counsel for the Defendant that Defendant does not oppose Plaintiff's Motion.

/s/ Adam H. Garner
Adam Harrison Garner

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion, the Memorandum of Law in Support, and proposed Order, were served on the following counsel for Defendant via the Court's CM/EF system.

> Melissa McCoy Gormly, Esquire
> Colleen Hitch Wilson, Esquire
> Federal Express Corporation
> 3620 Hacks Cross Road,
> Building B, 3rd Floor
> Memphis, TN 38125
>
> Tristan Morales, Esquire
> O'Melveny & Myers LLP
> 1625 Eye Street, NW
> Washington, DC 20006
>
> Mark Robertson, Esquire
> O'Melveny & Myers LLP
> Times Square Tower
> 7 Times Square
> New York, NY 10036
>
> *Attorneys for Defendant*

           /s/ Adam H. Garner
        Adam Harrison Garner