IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD TRAVERS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>-vs.-<br><br>FEDEX CORPORATION,<br><br>      Defendant | **Case No. 19-cv-6106-MAK** |

## **ORDER**

AND NOW, this ___ day of _____, 2020, it is hereby

ORDERED, that the application of Peter Romer Friedman, Esquire to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

                 _____
                  Mark A. Kearney
                  United States District Judge