IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| | : | No.: |

ORDER

AND NOW, this            day of                              20     , it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐        GRANTED.[1]

☐        DENIED.

_____
                                                                                                                   , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* _____
(Applicant's Signature)

_____
(Date)

Name of Applicant's Firm _____

Address _____

Telephone Number _____

Email Address _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    _____
(Date)                                   (Applicant's Signature)

04/20

# ATTACHMENT TO *PRO HAC VICE* APPLICATION OF ANTON METLITSKY

A.     *I state that I am currently admitted to practice in the following state jurisdictions:*

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | January 30, 2006 | 989354 |
| Washington, D.C. | August 10, 2009 | 4383527 |

B.     *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Federal Jurisdiction where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S. Supreme Court | May 2, 2011 | 279552 |
| U.S. Court of Appeals, D.C. Circuit | August 31, 2009 | 52479 |
| U.S. Court of Appeals, Federal Circuit | July 7, 2015 | |
| U.S. Court of Appeals, Eleventh Circuit | March 5, 2013 | 000051927 |
| U.S. Court of Appeals, Ninth Circuit | March 26, 2009 | |
| U.S. Court of Appeals, Seventh Circuit | March 27, 2009 | |
| U.S. Court of Appeals, Sixth Circuit | April 28, 2011 | |
| U.S. Court of Appeals, Fifth Circuit | April 7, 2017 | |
| U.S. Court of Appeals, Fourth Circuit | February 1, 2012 | |
| U.S. Court of Appeals, Third Circuit | December 9, 2011 | |
| U.S. Court of Appeals, Second Circuit | July 7, 2009 | 09-199945 |
| U.S. District Court, New York Southern | August 21, 2012 | AM1940 |
| U.S. District Court, Texas Eastern | August 30, 2016 | |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

*Ryan T. Becker*

| _____ | _____ | _____ | _____ |
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

*Ryan T. Becker*

Executed on _____            _____
                (Date)                                                      (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|               |   |              |
|---------------|---|--------------|
|               | : | Civil Action |
|               | : |              |
| v.            | : |              |
|               | : |              |
|               | : | No.:         |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

*Ryan T. Becker*
_____
(Signature of Attorney)

_____
(Name of Attorney)

_____
(Name of Moving Party)

_____
(Date)