**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GERARD TRAVERS** | : CIVIL ACTION |
| | : |
| v. | : NO. 19-6106 |
| | : |
| **FEDEX CORPORATION** | : |

# ORDER

AND NOW, this 20th day of July 2020, upon considering the Defendant's Motion to dismiss (ECF Doc. No. 30), Plaintiff's Response (ECF Doc. No. 36), Defendant's Reply (ECF Doc. No. 40), the parties' supplemental Memoranda (ECF Doc. Nos. 47, 48, 49, 50) responsive to our May 20, 2020 Order (ECF Doc. No. 42), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion to dismiss (ECF Doc. No. 30) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**