UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2703
_____

GERARD TRAVERS, on behalf of himself and all others similarly situated,
Appellant

v.

FEDERAL EXPRESS CORPORATION
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-19-cv-06106)
District Judge: Honorable Mark A. Kearney
_____

Argued March 16, 2021

Before: SHWARTZ, PORTER, and MATEY, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on March 16, 2021.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on July 20, 2020, is hereby **VACATED** and **REMANDED**. Costs to be taxed against Appellee.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: August 10, 2021

Costs taxed against Appellee, as follows:

| | |
|---|---|
| Brief | $ 93.45 |
| Reply Brief | $ 40.60 |
| Appendix | $132.60 |
| Total | $266.65 |

Certified as a true copy and issued in lieu of a formal mandate on September 1, 2021

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2