IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERARD TRAVERS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 19-6106** |
| | : | |
| **FEDEX CORPORATION** | : | |

# ORDER

AND NOW, this 19th day of October 2021, upon further study of the Defendant's arguments for dismissal based upon a laches defense we found not necessary to address in our July 20, 2020 Opinion (ECF Doc. No. 52), Defendant's Notice seeking we address its laches defense following remand (ECF Doc. No. 56), following today's oral argument, and for reasons addressed at the close of oral argument and further addressed in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's remaining laches argument included in its Motion to dismiss (ECF Doc. No. 30) is **DENIED** without prejudice to be renewed consistent with today's Order setting pretrial and trial obligations; and,

2. Defendant shall file an Answer no later than **October 26, 2021**.

_____
**KEARNEY, J.**