IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD TRAVERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant | Civil Action No. 2:19-cv-06106-MAK |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Subpoena to the United States Department of Defense and all other matters of record, Plaintiff's Motion is GRANTED, and it is further ORDERED that the Clerk of the Court is to sign and provide to counsel for the Plaintiff the proposed form of subpoena attached to Plaintiff's Motion as Exhibit A.

IT IS SO ORDERED.

Mark A. Kearney
United States District Judge