# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERARD TRAVERS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 19-6106 |
| | : | |
| **FEDEX CORPORATION** | : | |

# ORDER

**AND NOW,** this 10th day of February 2022, upon considering Defendant's Motion to dismiss (ECF Doc. No. 86) Darren Beanland's claims in the amended Complaint (ECF Doc. No. 84), Plaintiffs' Response (ECF Doc. No. 87), and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Defendant's Motion to dismiss Mr. Beanland's claims (ECF Doc. No. 86) is **GRANTED;**

2. The Clerk of Court shall **dismiss** Mr. Beanland as a plaintiff;

3. We decline to transfer Mr. Beanland's claim; and,

4. Defendant shall file an answer to the amended Complaint (ECF Doc. No. 84) no later than **February 22, 2022.**

*[signature]*
**KEARNEY, J.**