# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERARD TRAVERS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 19-6106 |
| | : | |
| **FEDEX CORPORATION** | : | |

# ORDER

**AND NOW,** this 15th day of February 2022, upon considering Plaintiff's Motion (ECF Doc. No. 90) to amend our January 14, 2022 Order (ECF Doc. No. 83) for limited purposes of production under a subpoena to a third party, noting Plaintiff's Motion (ECF Doc. No. 90) is not compliant with our Policies IV. (B) as he fails to recite the Defendant's position, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 90) is **DENIED without prejudice** to be renewed after consulting and reciting the Defendant's position.

**KEARNEY, J.**