IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD TRAVERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>FEDERAL EXPRES CORPORATION,<br><br>Defendant | Civil Action No. 2:19-cv-06106-MAK |

**NOTICE OF FILING OF MOTION TO COMPEL**

Plaintiff hereby gives notice of the filing of a motion to compel compliance with the Court's subpoena to the United States Department of Defense on February 28, 2022 (*see* ECF No. 76; ECF No. 93). The motion was filed in the United States District Court for the District of Columbia, *see* Fed. R. Civ. P. 45(d)(2)(A)(i), and is pending there as Case No. 22-533. Plaintiff has requested that this proceeding be transferred to the United States District Court for the Eastern District of Pennsylvania. *See* Fed. R. Civ. P. 45(f).

Dated: March 1, 2022                    Respectfully submitted,

/s/ Adam H. Garner
Adam Harrison Garner (320476)
THE GARNER FIRM LTD.
1617 John F. Kennedy Blvd., Suite 550
Philadelphia PA 19103
Telephone: (215) 645-5955
Facsimile: (215) 645-5960
Email: adam@garnerltd.com

R. Joseph Barton (admitted *pro hac vice)*
Colin M. Downes (admitted *pro hac vice*)
BLOCK & LEVITON LLP
1633 Connecticut Avenue NW, Suite 200
Washington D.C. 20009
Telephone: (202) 734-7046
Fax:    (617) 507-6020
Email: jbarton@blockesq.com
Email: colin@blockesq.com

Peter Romer-Friedman
(admitted *pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street NW, Suite 312
Washington, DC 20036
Tel: (202) 888-1741
Email: peter@guptawessler.com

Michael J. Scimone
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Tel: (212) 245-1000
Email: mscimone@outtengolden.com

Matthew Z. Crotty (admitted *pro hac vice*)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave.
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
Email:matt@crottyandson.com

2

Thomas G. Jarrard (admitted *pro hac vice*)
LAW OFFICE OF
THOMAS G. JARRARD, PLLC
1020 N. Washington Street
Spokane, WA 99201
Tel: (425) 239-7290
Email: Tjarrard@att.net

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify, that on March 1, 2022, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

/s/ Adam H. Garner
Adam Harrison Garner
