IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD TRAVERS and DARREN BEANLAND, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>-vs.-<br><br>FEDERAL EXPRESS CORPORATION,<br><br>　　　　　　Defendant. | Civil Action No. 2:19-cv-06106-MAK |

## DECLARATION OF CARL CZIRAKY

I, Carl Cziraky, declare as follows:

　　　1.　　I am Manager, Hub Operations, for Federal Express Corporation ("FedEx Express") in Linwood, Pennsylvania.

　　　2.　　Between March 1999 and August 2006, I was the direct supervisor of Gerard Travers in my role as a Manager in the West Chester, Pennsylvania station. I recall he was in the military reserves and recall him deploying with the military outside the United States at some time when he reported to me.

　　　3.　　I reviewed a copy of FedEx's military leave records for Mr. Travers. A true and correct copy of what I reviewed is attached as Exhibit A. I neither have any reason to question those dates nor do I have any recollection that would allow me to verify whether those dates are correct. I cannot recall whether Mr. Travers took any other military leave from FedEx.

　　　4.　　I recall Mr. Travers telling me on occasion that he performed military training on weekends in connection with his military reserve service. I do not recall him having to take unpaid leave to perform weekend military service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of February, 2022 in Memphis, Tennessee.

_____
Carl V. Cziraky

# 87294

## INDIVIDUALIZED NOTICE FORM [NOT COMMENCED, PPA]

**Participant Name**: GERARD J. TRAVERS

**Employee Number**: 240843

**Benefit Formula**: PPA

**Confirmed Portable Pension Account Balance as of May 31, 2018:  $33,011.33**

**Class-Period Military Leave History Record:**

| First day of unpaid military leave | Last day of unpaid military leave |
|---|---|
| 1/25/2002 | 2/10/2002 |
| 3/18/2002 | 10/27/2002 |
| 2/10/2003 | 7/20/2003 |
| 6/7/2004 | 6/27/2004 |
| 8/2/2004 | 6/19/2005 |
| 2/16/2007 | 3/18/2007 |
| 10/19/2007 | 11/16/2008 |

CONFIDENTIAL    APPENDIX EXHIBIT 2
FEDEX_TRAVERS_0014137

## INDIVIDUALIZED NOTICE FORM [NOT COMMENCED, TPB]

**Participant Name**: GERARD J. TRAVERS

**Employee Number**: 240843

**Benefit Formula**: TPB

**Confirmed Straight Life Annuity Benefit**: $ 911.53

**Class-Period Military Leave History Record:**

| First day of unpaid military leave | Last day of unpaid military leave |
|---|---|
| 1/25/2002 | 2/10/2002 |
| 3/18/2002 | 10/27/2002 |
| 2/10/2003 | 7/20/2003 |
| 6/7/2004 | 6/27/2004 |
| 8/2/2004 | 6/19/2005 |
| 2/16/2007 | 3/18/2007 |
| 10/19/2007 | 11/16/2008 |