# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD TRAVERS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-6106 |
| | : | |
| FEDEX CORPORATION | : | |

# ORDER

**AND NOW**, this 10th day of March 2022, upon considering Plaintiffs' Notice of Voluntary Dismissal (ECF Doc. No. 99) signed by all parties, it is **ORDERED**:

1. This action is **DISMISSED** without prejudice consistent with the Notice (ECF Doc.No. 99) under Federal Rule of Civil Procedure 41(a)(1)(ii);

2. We **DENY** the Defendant's Motion for summary judgment (ECF Doc. No. 97) as moot without a findings as to the merits of the Motion; and,

3. The Clerk of Court shall **close** this case.

**KEARNEY, J.**